JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AIDAN P. P.,** | )   **NO. CV 22-8709-KS** |
|        **Plaintiff,** | ) |
| | ) |
|    **v.** | )   **JUDGMENT** |
| | ) |
| **MARTIN O'MALLEY, Commissioner** | ) |
| **of Social Security,** | ) |
| | ) |
|        **Defendant.** | ) |
| _____ | ) |

    Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: March 13, 2024

_____
KAREN L. STEVENSON
CHIEF MAGISTRATE JUDGE